UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. **2:26-cv-03840-SRM-CTS** Date: **August 6, 2026**

Title **Jay J. De Anda v. Commissioner of Social Security**

Present: The Honorable CHRISTINA T. SHAY, United States Magistrate Judge

| Marina Moreno-Carrillo | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: N/A | Attorneys Present for Defendant: N/A |

**Proceedings (In Chambers): Order to Show Cause Re: Dismissal for Lack of Prosecution**

On April 10, 2026, Plaintiff Jay J. De Anda ("Plaintiff") filed a Complaint seeking review of the final decision denying Plaintiff's application for supplemental security income. ("Complaint," ECF No. 1.) On April 22, 2026, the Court issued a Standing Order, setting forth a briefing schedule pursuant to 42 U.S.C. § 405(g) and the Supplemental Rules of Social Security Actions Under 42 U.S.C. § 405(g) ("Supplemental Rules"). (ECF No. 8.)

Pursuant to Supplemental Rule 6, "[t]he plaintiff must file and serve on the Commissioner a brief for the requested relief within 30 days after the answer is filed or 30 days after entry of an order disposing of the last remaining motion filed under Rule 4(c), whichever is later." Supp. R. 6. Thereafter, "[t]he Commissioner must file a brief and serve it on the plaintiff within 30 days after service of the plaintiff's brief." Supp. R. 7. Finally, "[t]he plaintiff may file a reply brief and serve it on the Commissioner within 14 days after service of the Commissioner's brief." Supp. R. 8.

On June 22, 2026, Defendant filed an answer and the Certified Administrative Record. (ECF No 11.) Pursuant to Supplemental Rule 6, Plaintiff's opening brief was due July 22, 2026. To date, however, Plaintiff has not filed Plaintiff's brief.

Plaintiff therefore is **ORDERED TO SHOW CAUSE**, in writing, why the Court should not recommend that this case be dismissed for failure to prosecute and failure to comply with a Court order, **no later than 30 days after the date of entry of this order**. If Plaintiff files a brief on or before that date, the Order to Show Cause will be discharged, and no additional action needs to be taken.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. **2:26-cv-03840-SRM-CTS** Date: **August 6, 2026**

Title **Jay J. De Anda v. Commissioner of Social Security**

**Plaintiff is cautioned that failure to respond to this Order may result in a recommendation that the Complaint be dismissed without prejudice for failure to prosecute and/or failure to comply with a court order pursuant to Federal Rule of Civil Procedure 41(b).** ***See*** **C.D. Cal. L.R. 41-1.**

It is so ordered.