UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No. **2:26-cv-03840-SRM-CTS** Date: **November 3, 2026**

Title **Jay J. De Anda v. Commissioner of Social Security**

Present: The Honorable CHRISTINA T. SHAY, United States Magistrate Judge

| Deyanira Vasquez | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers): Order to Show Cause Re: Dismissal for Lack of Prosecution**

On April 10, 2026, Plaintiff Jay J. De Anda filed a Complaint seeking review of the final decision denying Plaintiff's application for supplemental security income. (ECF No. 1.) On April 22, 2026, the Court issued a Standing Order, pursuant to which Plaintiff's opening brief was due July 22, 2026. (*See* ECF Nos. 8, 11.) On August 6, 2026, the Court ordered Plaintiff to show cause why the Court should not recommend that this case be dismissed for failure to file an opening brief ("OSC"). (ECF No. 12.) On September 4, 2026, Plaintiff submitted a one-page letter addressed to the Court, which the Court construed as a response to the OSC and an indication that Plaintiff sought to prosecute this case. (*See* ECF Nos. 13, 15.) Accordingly, the Court discharged the OSC and ordered Plaintiff to file an opening brief within thirty days. (ECF No. 15.) To date, however, Plaintiff has not filed an opening brief.

Plaintiff therefore is again **ORDERED TO SHOW CAUSE**, in writing, why the Court should not recommend that this case be dismissed for failure to prosecute and failure to comply with a Court order, **no later than 30 days after the date of entry of this order**. If Plaintiff files a brief on or before that date, the Order to Show Cause will be discharged, and no additional action needs to be taken.

**Plaintiff is cautioned that failure to respond to this Order may result in a recommendation that the Complaint be dismissed without prejudice for failure to prosecute and/or failure to comply with a court order pursuant to Federal Rule of Civil Procedure 41(b). *See* C.D. Cal. L.R. 41-1.**

It is so ordered.